■ In the Matter of PHILIP LEE (Admitted as PHILIP L. K. LEE), a Suspended Attorney. [716 NYS2d 555] —Motion to confirm

Hearing Panel's Findings of Fact, Conclusions of Law and Rec-ommendation as to sanction denied, with leave to renew, as indicated. No opinion. Concur—Sullivan, P. J., Nardelli, Wil-liams, Rubin and Buckley, JJ.